UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHANNON KENNERSON,
doing business as Kennerson
Lawn & Landscaping Associates,

         Plaintiff,

                  <u>ORDER</u>

                  06-CV-6212L

    v.

VINCENZO LARBERA, et al.,

         Defendants.
_____

  This action, commenced in New York State Supreme Court pursuant to a mechanics lien filed by plaintiff Shannon Kennerson, was removed to this Court. The Court conducted a status conference with counsel for several defendants, and it appears that by virtue of this Court's prior decision on summary judgment (Dkt. #36) and payments made in settlement to plaintiff, it appears that all claims and counterclaims have been resolved and settled and, therefore, the Clerk of Court should close the case as settled.

  IT IS SO ORDERED.

                _____
                    DAVID G. LARIMER
                   United States District Judge

Dated: Rochester, New York
    October 18, 2011.